FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:15 pm, Jul 23, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SHERRY GERMAN,<br><br>      Plaintiff,<br><br>     v.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; AMERICAN GENERAL FINANCE, INC.; and BROCK & SCOTT, PLLC,<br><br>      Defendants. | CIVIL ACTION NO.: 2:20-cv-33 |

## **O R D E R**

This matter is before the Court on Defendant Nationstar Mortgage's Motion to Stay Pretrial Discovery and Deadlines.  Doc. 13.  This case was removed from the Superior Court of Camden County to this Court on March 25, 2020.  Doc. 1.  On June 30, 2020, Defendants Nationstar Mortgage and Brock & Scott, PLLC, filed motions to dismiss.  Docs. 14, 16.  Defendant Nationstar Mortgage now moves to stay Rule 26 obligations and other deadlines in this case until those motions are resolved.  Doc. 13-1 at 1.  No party responded or opposed Defendant Nationstar Mortgage's Motion to Stay, and the time to do so has expired.  Local R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to the motion.").  Upon careful consideration and for good cause shown, the Court **GRANTS as unopposed** Defendant's Motion, doc. 13, and **STAYS** the Rule 26 obligations in this case, pending the resolution of Defendants' motions to dismiss.  This stay will be automatically lifted upon resolution of Defendants' motions to dismiss, should any claims remain pending.  The Court **DIRECTS** the parties to conduct a Rule 26(f) conference within 14

days of the date of said order.   The parties shall file their required Ruel 26(f) report within seven days of the conference.   Upon receipt of the Rule 26(f) report, the Court will issue a scheduling order.

    **SO ORDERED**, this 23rd day of July, 2020.

                                            BENJAMIN W. CHEESBRO
                                            UNITED STATES MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT OF GEORGIA