FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 8:41 am, Sep 17, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| SHERRY GERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>    Defendants. | CV 2:20-033 |

## ORDER

Before the Court is Plaintiff Sherry German's notice of dismissal, dkt. no. 37, wherein she notifies the Court that she wishes to dismiss all claims asserted in this action with prejudice. The remaining Defendants have stipulated to the dismissal in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 17th day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA